```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America

    v.                                2:06-cr-34

Carmen D. Torres Colston

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 9) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the information, and she is hereby adjudged guilty on that count.

Date: July 17, 2006               <u>s\James L. Graham</u>
                                          James L. Graham
                                          United States District Judge